**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50249 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-04829-BEN |
| v. | |
| JOSE MANUEL DE LA TORRE-VENTURA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted January 21, 2014[**]

Before:    CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Jose Manuel De La Torre-Ventura appeals from the district court's judgment

and challenges his bench-trial conviction for being a deported alien found in the

United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291, and we affirm.

De La Torre-Ventura contends that the district court violated his Sixth Amendment right to confrontation by admitting documents from his Alien Registration File to establish that he had been previously removed from the United States. Each of De La Torre-Ventura's arguments in support of this claim fail. *See United States v. Rojas-Pedroza*, 716 F.3d 1253, 1267-69 (9th Cir. 2013), *cert. denied*, __ S. Ct. __, 2013 WL 5965669 (Dec. 9, 2013).

**AFFIRMED.**